**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MORRIS WILLIAMS, | : | No. 110 WM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS | : | |
| ALLEGHENY COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.

    Justice Wecht did not participate in the consideration or decision of this matter.